UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GRATUITY, LLC and GRATUITY
SOLUTIONS, LLC,

      Plaintiffs,

v.                                                                 Case No.:  2:21-cv-604-SPC-MRM

LEIF MAGNUSON, TIPHAUS,
INC and FARRELLI'S
MANAGEMENT SERVICES,
LLC,

      Defendants.

_____/

## ORDER[1]

Before the Court is Plaintiffs and Defendant Farrelli's Stipulated Motion to Stay Proceedings as to Farrelli's only pending the outcome of related state-court proceedings.  (Doc. 24).  Defendants Lief Magnuson and Tiphaus, Inc. have no opposition to a stay.  (Doc. 30).  The parties agree that the claims against Farrelli's here should be stayed pending the outcome of related proceedings in Florida state court involving Gratuity Solutions LLC, Magnuson, and Tiphaus.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The parties want a stay, but do not explain why a stay makes sense here. Before entering a stay that could last years, the Court needs more information as to why such a stay is appropriate.  Even if the Court stayed the case it would require periodic, detailed status reports, explaining why the stay should remain in place.  If the Court does not know why the parties want the stay in the first place, it cannot assess whether a continued stay would make sense.

Accordingly, it is now

**ORDERED:**

1. Plaintiff and Defendant Farrelli's Stipulated Motion to Stay Proceedings as to Farrelli's only pending the outcome of related state-court proceedings (Doc. 24) is **TAKEN UNDER ADVISEMENT**.

2. On or before **November 24, 2021**, the parties must jointly explain to the Court why a stay as to the case against Farrelli's is appropriate.

**DONE** and **ORDERED** in Fort Myers, Florida on November 18, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2